TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MAYBELLINE KRIZZEL NAVARRO, *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, *et al.*

Defendants.

Case No. 2:26-cv-01898-CDS-DJA

**Joint Stipulation to Extend Time for Federal Respondents to File Their Answer to Complaint for Vacatur, Declaratory Relief, and Injunctive Relief (ECF No. 1)**

**FIRST REQUEST**

Federal Defendants and Plaintiffs, by and through their undersigned counsel, hereby submit this Stipulation for a two-week extension of time, up to and including **September 29, 2026**, for Federal Defendants to file their Answer to Complaint for Vacatur, Declaratory Relief, and Injunctive Relief (ECF No. 1). Federal Defendants are conferring with multiple agencies in order to formulate a meaningful responsive pleading to Plaintiffs Complaint which involve multiple Plaintiffs. As such, additional time is needed to accomplish this, which establishes good cause for the requested extension. Federal Defendants' counsel conferred with Plaintiffs' counsel regarding an extension, and Plaintiffs' counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve for good cause this stipulation and extend the deadline for Federal Defendants to file their Answer to

Complaint for Vacatur, Declaratory Relief, and Injunctive Relief (ECF No. 1) from September 15, 2026 to **September 29, 2026**. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 18th day of September 2026.

QUIROGA LAW OFFICE

/s/ Samantha Meron
SAMANTHA MERON
*Attorney for Petitioners*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Tamer B. Botros
TAMER B. BOTROS
Assistant United States Attorney
*Attorney for Federal Respondents*

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2026