**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Maybelline Krizzel Navarro, et al.,

Plaintiffs

v.

Markwayne Mullin, et al.,

Defendants

Case No. 2:26-cv-01898-CDS-DJA

**Order Granting Defendants' Motion to Extend Time to File an Answer**

[ECF No. 11]

Defendants' counsel seeks a second extension of time to file an answer to the plaintiffs' complaint for vacatur, declaratory relief, and injunctive relief because they need more time to review recently produced discovery. ECF No. 11; *see* ECF Nos. 8, 10. I find that the defendants' request is made in good faith and not solely for the purpose of delay, so there is good cause to grant the requested extension.

It is therefore ordered that the defendants' motion to extend time **[ECF No. 11] is granted** nunc pro tunc to the date of the request. The deadline to file an answer is extended to October 22, 2026.

Dated: October 6, 2026

Cristina D. Silva
United States District Judge