TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAYBELLINE KRIZZEL NAVARRO, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*<br><br>Defendants | Case No. 2:26-cv-01898-CDS-DJA<br><br>**Joint Stipulation to Extend Time for Federal Defendants to Respond to Plaintiffs' Motion for Preliminary Injunction (ECF No. 12)**<br><br>**FIRST REQUEST**<br><br>[ECF No. 14] |

Federal Defendants and Plaintiffs, by and through their respective undersigned counsel, hereby submit this Stipulation for a three-day extension of time, up to and including **October 22, 2026**, for Federal Defendants to respond to Plaintiff's motion for preliminary injunction (ECF No. 12). This extension is requested to align Federal Defendants' response with their current deadline to respond to Plaintiffs' complaint. ECF No. 13. There exists good cause for granting this three-day extension of time.

Federal Defendants' counsel conferred with Plaintiffs' counsel regarding an extension, and Plaintiffs' counsel agreed. This is the first request for an extension to respond to Plaintiffs' motion. This request is made in good faith and not for the purpose of delay.

/ / /

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Defendants to respond to Plaintiffs' motion for preliminary injunction (ECF No. 12) to **October 22, 2026**.

Respectfully submitted this 19th day of October 2026.

QUIROGA LAW OFFICE

*/s/Samantha Meron*
SAMANTHA MERON
Samantha@QuirogaLawOffice.com
*Attorney for Plaintiffs*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorney for Federal Defendants*

IT IS SO ORDERED:

________________________________
United States District Judge

Dated: October 21, 2026